**DURO–LAST, INC., Plaintiff–Appellee,**

v.

**CUSTOM SEAL, INC., Defendant–Appellant.**

No. 02–1153.

United States Court of Appeals, Federal Circuit.

April 10, 2002.

### ORDER

Upon consideration of Duro–Last, Inc.'s unopposed motion to dismiss Custom Seal, Inc.'s appeal, filed on October 29, 2001,* as premature,

IT IS ORDERED THAT:

(1) Duro–Last's motion is granted.

---

\* Appeal no. 02–1218, Duro–Last's appeal filed on January 31, 2002, is not affected by this

(2) Each side shall bear its own costs.